# Earnings Statement

GREEN, KEVIN JOSEPH

| | | |
|---|---|---|
| Pay Date: | 04/03/2026 | Company: 0BR59 - ALLEN BROTHERS WHOLESALE LLC |
| Period Start: | 03/22/2026 | 120 W ERIE AVE |
| Period End: | 03/28/2026 | PHILADELPHIA  PA  19140 |

Emp #: A0BF
Dept: 600 - Warehouse Mgt
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 923.08 | 14769.28 |
| Paid Time Off | | 230.77 | 230.77 |
| **Gross Pay** | | **1153.85** | **15000.05** |
| **W/H Taxes** | | | |
| Federal W/H(M) | | 54.62 | 710.06 |
| Medicare | | 16.73 | 217.50 |
| Social Security | | 71.54 | 930.00 |
| Penn. State W/H(M/0) | | 35.42 | 460.46 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | 43.15 | 560.95 |
| Pennsylvania UI/HC/WF | | 0.81 | 10.53 |
| **Deductions** | | | |
| **Net Pay** | | **931.58** | **12110.55** Voucher No.  750961963DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 931.58 | 12110.55 A/C:0554 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| PTO ** (Hours) | | 80.00 | 8.00 | 72.00 |

**Accruals balances are accurate as of processing 04/1/2026 04:17 am

---

Voucher No.  750961963DD

ALLEN BROTHERS WHOLESALE LLC
120 W ERIE AVE                                      DATE: 04/03/2026
PHILADELPHIA, PA    19140
Dept: 600

## Net Pay:                                                    931.58

Nine Hundred Thirty One And 58/100 Dollars

GREEN, KEVIN JOSEPH
7419 ROCKWELL AVE                          **For Record Purposes Only**
PHILADELPHIA, PA  19111                    **\*\*NON-NEGOTIABLE\*\***

Earnings Statement

GREEN, KEVIN JOSEPH

| | | | |
|---|---|---|---|
| Pay Date: | 04/10/2026 | Company: 0BR59 - ALLEN BROTHERS WHOLESALE LLC | Emp #: A0BF |
| Period Start: | 03/29/2026 | 120 W ERIE AVE | Dept: 600 - Warehouse M gt |
| Period End: | 04/04/2026 | PHILADELPHIA  PA  19140 | Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 1153.85 | 15923.13 |
| Paid Time Off | | 0.00 | 230.77 |
| **Gross Pay** | | **1153.85** | **16153.90** |
| **W/H Taxes** | | | |
| Federal W/H(M) | | 54.62 | 764.68 |
| Medicare | | 16.73 | 234.23 |
| Social Security | | 71.54 | 1001.54 |
| Penn. State W/H(M/0) | | 35.42 | 495.88 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | 43.15 | 604.10 |
| Pennsylvania UI/HC/WF | | 0.81 | 11.34 |
| **Deductions** | | | |
| **Net Pay** | | **931.58** | **13042.13** Voucher No.  752529061DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 931.58 | 13042.13 A/C:0554 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| PTO ** (Hours) | | 80.00 | 8.00 | 72.00 |

**Accruals balances are accurate as of processing 04/7/2026 10:59 am

---

Voucher No.  752529061DD

ALLEN BROTHERS WHOLESALE LLC
120 W ERIE AVE                                    DATE: 04/10/2026
PHILADELPHIA, PA    19140
Dept: 600

# Net Pay:                                                     931.58

Nine Hundred Thirty One And 58/100 Dollars

GREEN, KEVIN JOSEPH
7419 ROCKWELL AVE                          **For Record Purposes Only**
PHILADELPHIA, PA  19111                    **\*\*NON-NEGOTIABLE\*\***

Earnings Statement                                                                                      GREEN, KEVIN JOSEPH

| | | | |
|---|---|---|---|
| Pay Date: | 04/17/2026 | Company: 0BR59 - ALLEN BROTHERS WHOLESALE LLC | Emp #: A0BF |
| Period Start: | 04/05/2026 | 120 W ERIE AVE | Dept: 600 - Warehouse M |
| Period End: | 04/11/2026 | PHILADELPHIA  PA  19140 | gt |
| | | | Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 1153.85 | 17076.98 |
| Paid Time Off | | 0.00 | 230.77 |
| **Gross Pay** | | **1153.85** | **17307.75** |
| **W/H Taxes** | | | |
| Federal W/H(M) | | 54.62 | 819.30 |
| Medicare | | 16.73 | 250.96 |
| Social Security | | 71.54 | 1073.08 |
| Penn. State W/H(M/0) | | 35.42 | 531.30 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | 43.15 | 647.25 |
| Pennsylvania UI/HC/WF | | 0.81 | 12.15 |
| **Deductions** | | | |
| **Net Pay** | | **931.58** | **13973.71** Voucher No. 754564009DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 931.58 | 13973.71 A/C:0554 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| PTO ** (Hours) | | 80.00 | 8.00 | 72.00 |

**Accruals balances are accurate as of processing 04/14/2026 10:21 am

---

Voucher No.  754564009DD

ALLEN BROTHERS WHOLESALE LLC
120 W ERIE AVE                                        DATE: 04/17/2026
PHILADELPHIA, PA    19140
Dept: 600

**Net Pay:**                                                                                    **931.58**

Nine Hundred Thirty One And 58/100 Dollars

GREEN, KEVIN JOSEPH
7419 ROCKWELL AVE                              **For Record Purposes Only**
PHILADELPHIA, PA  19111                        **\*\*NON-NEGOTIABLE\*\***