

| Employee Name: | Kathleen L Johnson | Pay Date: | 4/3/2026 |
| Employee #: | 031851 | Pay Period: | 3/15/2026 - 3/28/2026 |
| Employee Address: | 7419 Rockwell Ave Philadelphia, PA 19111 | Deposit Advice #: | 238535383 |
| Department: | Retail | Pay Frequency: | Bi-Weekly |
| Job Title: | Optometric Technician | Federal Filing Status: | Single |
| | | Federal 2c/Extra Withholding: | No |
| Employer Name: | Capital Vision Services, LLC | Local Exemptions: | (Philadelphia) |
| Employer Phone: | 703-847-8899 | State Filing Status: | (PA) |
| Employer Address: | 8614 Westwood Center Drive 9th Floor Vienna, VA 22182 | State Exemptions: | (PA) |

| | Current 3/15/2026 - 3/28/2026 | | | YTD As of 3/28/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 81.68 | | **$1,971.42** | 536.23 | **$12,853.58** |
| Commission | | | $1.00 | | $30.15 |
| Holiday Pay | | | | 16.00 | $382.02 |
| Overtime | 1.68 | 35.8146 | $60.29 | 1.68 | $60.29 |
| Paid Time Off | | | | 24.00 | $573.03 |
| FLSA OT | | | $0.02 | | $0.02 |
| Regular Pay | 80.00 | 23.8764 | $1,910.11 | 490.55 | $11,712.56 |
| Enterprise | | | | 4.00 | $95.51 |
| **Company-Paid Benefits & OD Time** | | | **$58.18** | | **$388.34** |
| Dental ER | | | $4.26 | | $29.82 |
| 401K Match | | | $39.43 | | $257.09 |
| Group Term Life | | | $0.95 | | $6.65 |
| Group STD | | | $13.29 | | $93.03 |
| ADD ER | | | $0.25 | | $1.75 |
| **Pre-Tax Deductions** | | | **$66.92** | | **$449.52** |
| Dental | | | $10.82 | | $75.74 |
| FSA | | | $16.67 | | $116.69 |
| 401K | | | $39.43 | | $257.09 |
| **Taxes** | | | **$430.29** | | **$2,765.50** |
| Fed W/H | | | $144.79 | | $904.48 |
| FICA EE | | | $120.52 | | $784.99 |
| Fed MWT EE | | | $28.19 | | $183.59 |
| PA W/H | | | $59.68 | | $388.70 |
| PA UT EE | | | $1.38 | | $9.00 |
| PhilCityW/H | | | $73.73 | | $480.74 |
| RckldgBorLST | | | $2.00 | | $14.00 |
| **Post-Tax Deductions** | | | **$4.78** | | **$33.46** |
| Accident H | | | $2.89 | | $20.23 |
| Vol Life EE | | | $1.89 | | $13.23 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$1,469.43** | | **$9,605.10** |
| Direct Deposit | 036076150 | XXXXXX0554 | $1,469.43 | | |

### Accruals & Balances

| | | | |
|---|---|---|---|
| PTO Balance: | 0.79 Hours | PTO Accrued: | 3.99 Hours |
| PTO Carryover Balance: | 8.36 Hours | | |

---

| Employee Name: | Kathleen L Johnson | Pay Date: | 4/3/2026 |
| Employee #: | 031851 | Pay Period: | 3/15/2026 - 3/28/2026 |
| Employee Address: | 7419 Rockwell Ave Philadelphia, PA 19111 | Deposit Advice #: | 238535383 |
| Department: | Retail | Pay Frequency: | Bi-Weekly |
| Job Title: | Optometric Technician | Federal Filing Status: | Single |
| | | Federal 2c/Extra Withholding: | No |
| Employer Name: | Capital Vision Services, LLC | Local Exemptions: | (Philadelphia) |
| Employer Phone: | 703-847-8899 | State Filing Status: | (PA) |
| Employer Address: | 8614 Westwood Center Drive 9th Floor Vienna, VA 22182 | State Exemptions: | (PA) |

### Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| | | | | | $1.00 |
| Commission | 3/22/2026 | 3/28/2026 | | | $0.02 |
| FLSA OT | 3/22/2026 | 3/28/2026 | | | |



| | | |
|---|---|---|
| Employee Name: | Kathleen L Johnson | |
| Employee #: | 031851 | |
| Employee Address: | 7419 Rockwell Ave | |
| | Philadelphia, PA 19111 | |
| Department: | Retail | |
| Job Title: | Optometric Technician | |

| | |
|---|---|
| Employer Name: | Capital Vision Services, LLC |
| Employer Phone: | 703-847-8899 |
| Employer Address: | 8614 Westwood Center Drive 9th Floor Vienna, VA 22182 |

| | |
|---|---|
| Pay Date: | 4/17/2026 |
| Pay Period: | 3/29/2026 - 4/11/2026 |
| Deposit Advice #: | 246970336 |
| Pay Frequency: | Bi-Weekly |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No |
| Local Exemptions: | (Philadelphia) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Commission | 3/29/2026 | 4/4/2026 | | | $7.58 |
| Commission | 4/5/2026 | 4/11/2026 | | | $2.39 |
| FLSA OT | 3/29/2026 | 4/4/2026 | | | $0.45 |
| FLSA OT | 4/5/2026 | 4/11/2026 | | | $0.06 |