UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin G Green<br>Kathleen L. Johnson<br>Debtors | CASE NO.: 26-11655-djb<br><br>CHAPTER 13 |
| Statebridge Company, LLC as Servicer for National Cooperative Bank, N.A.<br>v. | Judge: Derek J. Baker<br><br>Hearing Date: November 19, 2026, at 11:00 A.M. |
| Kevin G. Green<br>Kathleen L. Johnson<br>KENNETH E. WEST<br>Respondents | Objection Deadline: November 5, 2026 |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Statebridge Company, LLC as Servicer for National Cooperative Bank, N.A. (on behalf of itself and together with any successor and/or assign, "Movant") hereby moves this Court for an Order (i) pursuant to 11 U.S.C. § 362 (d)(1); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor's premises located at 7419 Rockwell Avenue, Philadelphia, PA 19111 ("Property"). In support of this Motion, Movant respectfully states:

1. Movant is the holder of a Note executed by Kathleen Johnson a/k/a Kathleen L. Johnson and Kevin Green a/k/a Kevin G. Green (the "Debtors") dated July 26, 2019, whereby the Debtors promised to repay $208,578.00 plus interest to American Neighborhood Mortgage Acceptance Company LLC (the "Original Lender"). To secure the repayment of the Note, the Debtors executed a Mortgage in favor of American Neighborhood Mortgage Acceptance Company, encumbering the Property commonly known as 7419 Rockwell Avenue, Philadelphia, PA 19111, which Mortgage was recorded in the Official records of Philadelphia County as Instrument Number 53548294 (hereinafter "Mortgage"). Other than liens with statutory priority,

Movant's mortgage is in first lien position. The Mortgage was ultimately assigned to Movant by an Assignment of Mortgage. A copy of the Note, Mortgage and Assignments of Mortgage are attached hereto as **Exhibit A**.

2. The Petition under Chapter 13 of the United States Bankruptcy Code was filed by the Debtors Kevin G Green and Kathleen L. Johnson on April 20, 2026.

3. This Court has jurisdiction over this case and this motion pursuant to 28 U.S.C. §§ 157 and 1334.

4. Venue of this case and this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The Debtor has failed to make current mortgage payments due under the terms of the Loan. As a result, the Loan remains post-petition due for May 1, 2026, and each subsequent payment thereafter.

6. Pursuant to 11 U.S.C. § 362(d)(1), the court shall enter an order granting a secured creditor relief from the automatic stay for cause "including the lack of adequate protection of an interest in property of such party and interest."

7. Accordingly, grounds exist to vacate the stay in Debtor's case and Movant therefore requests that the co-debtor stay imposed under 11 U.S.C. § 1301(a) of the Bankruptcy Code be modified and terminated for cause to permit Movant to pursue its rights against the Co-Debtor under the Mortgage and applicable law, including without limitation, the commencement and consummation of a foreclosure action and/or eviction proceeding.

8. Further, cause exists for Rule 4001(a)(4) be waived based on Debtor's failure to tender post-petition mortgage payments resulting in increasing lack of adequate protection.

9. Movant respectfully requests reasonable attorney fees in the amount of $1,350.00

and costs in the amount of $199.00.

**WHEREFORE**, Movant respectfully requests an Order of this Court vacating the automatic stay and for such other, further and additional relief as to this Court may deem just, proper and equitable.

Dated: October 22, 2026
By: /s/ Lauren M. Moyer

Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Statebridge Company, LLC as
Servicer for National Cooperative Bank, N.A.
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com